SIMON J. LOEB, Appellant, v. DAVID B. WEISS et al., Copartners Doing Business under the Name of WEISS BROTHERS, Respondents.— Order unanimously

reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.